of the Claim for Compensation under the Workmen's Compensation Law, Made by AKSEL EMIL REINHARDT, Respondent, v. NEWPORT FLYING SERVICE CORPORATION, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of BERTHA SCHOLTZHAUER, Dependent Mother, and Dependent Sisters, Respondents, on Account of the Death of IRMA DALE SCHOLTZHAUER, for Compensation under the Workmen's Compensation Law, v. C. & L. LUNCH COMPANY, Employer, and ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LTD., Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of ELIZABETH O'SULLIVAN, Respondent, for Compensation under the Workmen's Compensation Law, for the Death of FLORENCE O'SULLIVAN, Deceased, v. A. H. WOODS THEATRE COMPANY, Employer, and UNITED STATES FIDELITY AND GUARANTY COMPANY, Insurance Carrier, Appellants.— Motion denied.

JAMES McPHILLIPS, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant.— Motion denied.

KADY MAYERSAK, Appellant, v. MERRILL H. CLEVELAND, Respondent.— Motion granted, with ten dollars costs.

THOMAS V. McMANUS, Appellant, v. CHARLES VAN DUZER, Respondent.— Motion granted, with ten dollars costs, unless the appellant, within sixty days, perfects the appeal, and pays such costs, in which case motion is denied, without costs.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by HENRY QUICK, Respondent, v. THE FRED E. ILLSTON ICE COMPANY, Employer, and ICE DEALERS MUTUAL INSURANCE COMPANY, Insurance Carrier, Appellants.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by ANNA McCLOSKEY, Widow, Respondent, for Herself and Infant Children, on Account of the Death of DANIEL McCLOSKEY, Deceased, v. RICHARD HELLMANN, INC., Employer, and ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LTD., Insurance Carrier, Appellants.— Motion denied.

NEW PALTZ, HIGHLAND AND POUGHKEEPSIE TRACTION COMPANY, Appellant, v. ALBERT H. MARTIN, Individually and as Tax Collector of the Town of Lloyd, Ulster County, New York, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements.

THE NATIONAL COMMERCIAL BANK AND TRUST COMPANY OF ALBANY, as Successor Trustee under the Mortgage Described in the Complaint Herein, Respondent, v. THE KNICKERBOCKER BREWING CORPORATION and THE KNICKERBOCKER PRODUCTS CORPORATION, Defendants. WILLIAM E. WOOLLARD and ANTHONY ENGESSER, Appellants; CHARLES F. MURRAY, Referee to Sell, and HOWARD HENDRICKSON, Chairman of the Knicker-